**Exhibit A to the Complaint**

**Location:** Queens, NY  **IP Address:** 96.250.46.47
**Total Works Infringed:** 30  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5C483C13F604D1C5BEFF26A15C9F9E04EB47E125<br>File Hash:<br>4375C87EAE4FFFBD6B81E4174882661B8734B4B30B4BEE663E22F532F248D5D1 | 05/02/2024 21:08:40 | TushyRaw | 04/23/2024 | 05/09/2024 | PA0002470229 |
| 2 | Info Hash: 51ACD4BE8C5CF81898CC577D1C598000C5953513<br>File Hash:<br>043F6712E9F6B64D0AA9B4B22C94136CE5D3A95B6B7B037E0ED2E66E7F8179B0 | 05/02/2024 21:08:35 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 3 | Info Hash: 0EAD34F0052AD7F5674C4B4DED36C6643FE71185<br>File Hash:<br>DBAEBE4FF301E52304FF5B72A7D88DFB630AA27E3F4D7E394ED6761FFE6DBEBD | 03/23/2024 18:50:04 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 4 | Info Hash: 4C0DA25BF1274114E7CF831C2AE688B3934A1753<br>File Hash:<br>6DF542119F7A3830EC1AD8EA9194AD1B4FEE518F02340E90651A5E7242FF5110 | 03/20/2024 18:39:41 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 5 | Info Hash: 22238C4FBCB8A5A40C1CD74B1D49504AD024D9BC<br>File Hash:<br>04FF3B9646FC15C79F458FB3D469CE1A6B1E8E41321C88A4058842D06E0AE3F7 | 03/03/2024 21:19:29 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 6 | Info Hash: AB46CB2529BC63852E50BB45A8E4502149DAD07D<br>File Hash:<br>D0480C1A6FAD6335FCE61CA7940C4D64D579D344C3E7322063EDD9C8E46699CD | 02/05/2024 01:13:46 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 7 | Info Hash: E09E85C2B48552DEBC392A5EF2F88C2345E155D1<br>File Hash:<br>FBCC3E7B04FE3382C01F0EDDA4DCB1896672455A751BF9FB7629750A4D56C067 | 01/18/2024 22:38:34 | Blacked Raw | 09/11/2022 | 10/05/2022 | PA0002373951 |
| 8 | Info Hash: 80AD75A88CA360623865DA5E29D3014473500A40<br>File Hash:<br>CC00504ABA17BC7E7A20A1C7E7E443C0B9FE5F2A2C5813D92B230A8CD76CEA50 | 12/19/2023 22:36:12 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 9 | Info Hash: 4A6A4EC4D8831FA8960121F2FFFACA1FB0629E89<br>File Hash:<br>6763F6530C9900ACC7968505CCCCF61A499B6FC9806A3AA37E7E8897082940A8 | 12/19/2023 22:35:40 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 10 | Info Hash: A410F6B146C776917193C56D9BF68B03954D5934<br>File Hash:<br>E59287E8E72F473936D3CC91E93DBCABDCA08195A6F601376F7CA6EB0852CD06 | 11/23/2023 20:23:32 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 11 | Info Hash: 2100C4686852723D0BE4D3F0625F05C05B40585B<br>File Hash:<br>FC43FF4692B35FB406A6B09DB655929A68FEABC61F51CBFFB08C34C72A0FE1C9 | 11/10/2023 18:33:40 | TushyRaw | 11/08/2023 | 11/14/2023 | PA0002439690 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 69A5FEBB4F7BCD1CA408B97471E8A4A8C2A962A0<br>File Hash:<br>0CB0FEEE37B574B335A2544573B9850D64B4452D6E038D65F94D098F5029B15D | 10/31/2023 22:53:50 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 13 | Info Hash: 58E77336C83654858C230DDA1E430E154FEA6E6A<br>File Hash:<br>2261B3CBA207FE158D31832467408E3D3D2FDA307146C7C1F75A7F597D8F13AF | 10/31/2023 22:49:10 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 14 | Info Hash: E95D3BCAED245FB818939A5E0BB5F46BD8190788<br>File Hash:<br>A0986A0178EEFBE2DD192A7CE59BD59C341B76F0B34FD5BF271CCFB49A98C63C | 10/13/2023 22:21:48 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 15 | Info Hash: CC025462DC739D5CA542833F35FCD7D7E7B904FD<br>File Hash:<br>E428EE7689B61420AB7C1A199D65E44335BF0AB3FCC5824C0DD97657C480F047 | 09/13/2023 11:03:53 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 16 | Info Hash: 3F1775C42C684FB5ED6F59544723BAF7F1738B43<br>File Hash:<br>693C113203BC1DBFDE6EAF8C89F16454B7E4358A80DFCDAC5C565DED17BE5136 | 05/17/2023 19:43:09 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |
| 17 | Info Hash: 3FD934424B28B5BD8B23C1B69ABBA61109FA67CF<br>File Hash:<br>F15DD0F6FAC922F2FCAF422BFAAE2CE56F17A128FBFDA15E922A3A29D87575B9 | 05/17/2023 19:42:26 | Blacked Raw | 05/14/2023 | 06/09/2023 | PA0002415357 |
| 18 | Info Hash: EB4A9DF936FDE36CD9D8E2947C44B32F735F7A76<br>File Hash:<br>F251819BD9ED6875E59A282628E5585C935471AF568355DE9EEC390A3A8889AF | 03/27/2023 20:12:14 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 19 | Info Hash: B1D2CE1C12DD299D4C4746CA986BB4AB65FFD52D<br>File Hash:<br>08D68414DB8CE56E0E2B9DD81A16A3F1C07FCD452EE42EADAB5229E0F0D4391C | 03/12/2023 20:47:47 | Vixen | 03/03/2023 | 04/10/2023 | PA0002405936 |
| 20 | Info Hash: 94B3ECEA7C2F08CCBC66225584E6CBB82C5ECCD7<br>File Hash:<br>97DACE343D48FCF5F6BB9A9B0C5ADB2348F636783BB9A2CCB7B28D0F550BC00F | 03/12/2023 20:40:25 | Blacked Raw | 03/10/2023 | 04/07/2023 | PA0002405760 |
| 21 | Info Hash: 299A950FB6470065F3B13F1FBD89F593C1D9DCEA<br>File Hash:<br>3DAB1BFD1B5950198E3B00A44C216D2B9854253D339909DA56C96A475B62598A | 02/08/2023 13:39:31 | Tushy | 02/05/2023 | 03/07/2023 | PA0002400315 |
| 22 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash:<br>E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 02/08/2023 13:37:09 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 23 | Info Hash: 84E80334CBAD79F7C06CADE6D31766FB089692A1<br>File Hash:<br>BD6E4D3A6B557EE8D5D364B39D213852DAD9FD4EF8A97B1D98BFF26B5F430EDD | 02/08/2023 13:37:09 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 01/26/2023 21:53:33 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 25 | Info Hash: 5C52A11CA03AFC0068BD6C94A4D9E81FF0B9A221<br>File Hash: C07A5C1755DEE5FB9D225EC12E05B51DC7EDA12AFDDC0E4D152FCC617D19DF8B | 01/26/2023 21:42:55 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 26 | Info Hash: 3974193BE216E1983FA45555400BED7123CE9E20<br>File Hash: C632AE85045A09A74C9C4D73D685EF74296B0C531000D8BF808626D5A16E2942 | 01/07/2023 21:23:36 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 27 | Info Hash: 9E823BE29A822EE14697A7434DBD4D2769A27C02<br>File Hash: 6685691171B23A1E56F0E2A948A679EC1FAF4B206F3C69447895FF4652F535A2 | 12/22/2022 14:32:28 | Blacked Raw | 12/20/2022 | 01/09/2023 | PA0002389608 |
| 28 | Info Hash: AE8B289AFFF64C753AA2C717FFA3C83A8218B65D<br>File Hash: ED300EB718FFF1ED54F124FA0DCDB64E6AFD1E470B0269D50872CE6413ADD235 | 12/15/2022 21:12:56 | Tushy | 11/27/2022 | 12/11/2022 | PA0002384751 |
| 29 | Info Hash: 218B2B780EB5CF52D56BCD8BC73B733335D05B8E<br>File Hash: D3EC1B2600C97F78D8F1DE544AE50BD4601C4EDA24A7FA6DFDC39B83D01F8278 | 11/06/2022 16:31:37 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 30 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash: D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10/19/2022 12:41:01 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |